■ In the Matter of SANDRA H. PULCINI, Respondent, v. GARY HACK et al., Appellants. (No. 3.) — Appeal dismissed as academic. (Appeal from order of Wayne Family Court denying motion for a stay.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Henry, JJ.

■ In the Matter of SANDRA H. PULCINI, Respondent, v. GARY HACK et al., Appellants. (No. 4.) — Appeal dismissed, without costs as nonappealable. Memorandum: An appeal does not lie from a show cause order (11 Carmody-Wait 2d, New York Practice, § 72:20). (Appeal from order of

Wayne Family Court on petition for counsel fees.) Present — Bastow, P. J., Goldman, Del Vecchio, Marsh and Henry, JJ.